IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | |
| Petitioner,    ) | |
| ) | |
| V.    ) | Civil Action No. 2:06mc3335-MEF |
| ) | |
| PAUL VERNON IVEY,    ) | |
| ) | |
| Respondent.    ) | |

**ORDER TO SHOW CAUSE**

Upon the petition of the United States, and the declaration and summons attached thereto, it is hereby

ORDERED that respondent, Paul Vernon Ivey, personally appear before the District Court of the United States for the Middle District of Alabama on Tuesday, October 24, 2006 at 10:00 a.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama, to show cause why he should not be compelled to comply with the Internal Revenue summons served on him on May 5, 2006. It is further

ORDERED that a copy of this Order, together with the petition and exhibits thereto, be personally served on Paul Vernon Ivey by an official of the Internal Revenue Service within thirty (30) days of the date of this Order. It is further

ORDERED within 5 days of service of copies of this Order, the petition and exhibits thereto, Paul Vernon Ivey shall file with the Clerk of the Court and serve on the United States

1

a written response to the petition. If Paul Vernon Ivey has any defenses to present or motions to make in opposition to the petition, such defenses and motions, if any, shall be made in writing and filed with the Clerk of the Court, and copies served on the United States Attorney at least five (5) business days prior to the date of the show cause hearing. Only those issues raised by motion or brought into controversy by the defenses or motions, if any, shall be considered by the Court and any uncontested allegations in the petition shall be deemed admitted. It is further

ORDERED that if Paul Vernon Ivey has no objections to compliance with the summons, he may, at least three (3) business days prior to the date of the show cause hearing, notify the Clerk of the Court, in writing, with copies served on the United States Attorney, of the fact that no response or appearance as ordered herein will be required.

Done this 20th day of September, 2006.

                /s/Charles S. Coody
                CHARLES S. COODY
                CHIEF UNITED STATES MAGISTRATE JUDGE