☐ AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__    District of    __ALABAMA__

UNITED STATES OF AMERICA,
Petitioner

**SUMMONS IN A CIVIL CASE**

V.

PAUL VERNON IVEY,
Respondent.

CASE NUMBER:  2: 06mc 3335-F

TO: (Name and address of Defendant)

Paul Vernon Ivey
1902 Madison Avenue
Montgomery,  AL 36107-1946

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Patricia Allen Conover
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104

**RETURNED AND FILED**

**SEP 29 2006**

**CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.**

5    ~~20~~ days after service

an answer to the complaint which is served on you with this summons, within _____ of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

9-22-06

DATE

CLERK

(By) DEPUTY CLERK

*c* 3 *δ*

□AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE 9/28/2006 |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER (PRINT) DAVID A. Silva | TITLE Revenue Officer |
|---|---|

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 1902 Madison Ave, Montgomery, AL. 36107

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __9/28/2006__    _____
Date                          Signature of Server

Internal Revenue Service
Attn: D.A. Silva
1285 Carmichael Way
Address of Server  Montgomery, AL 36106-3672

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA    )
        )
       Petitioner,    )
        )
    V.        )    Civil Action No. 2:06mc3335-MEF
        )
PAUL VERNON IVEY,    )
        )
       Respondent.    )

## ORDER TO SHOW CAUSE

Upon the petition of the United States, and the declaration and summons attached thereto, it is hereby

ORDERED that respondent, Paul Vernon Ivey, personally appear before the District Court of the United States for the Middle District of Alabama on Tuesday, October 24, 2006 at 10:00 a.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama, to show cause why he should not be compelled to comply with the Internal Revenue summons served on him on May 5, 2006.  It is further

ORDERED that a copy of this Order, together with the petition and exhibits thereto, be personally served on Paul Vernon Ivey by an official of the Internal Revenue Service within thirty (30) days of the date of this Order.  It is further

ORDERED within 5 days of service of copies of this Order, the petition and exhibits thereto, Paul Vernon Ivey shall file with the Clerk of the Court and serve on the United States

1

ATTEST: A True Copy.     9-22 , 2006
filed to _____
k, U.S. District Court,
Middle District of Alabama

BY _____
                    Deputy Clerk

a written response to the petition.  If Paul Vernon Ivey has any defenses to present or motions to make in opposition to the petition, such defenses and motions, if any, shall be made in writing and filed with the Clerk of the Court, and copies served on the United States Attorney at least five (5) business days prior to the date of the show cause hearing.  Only those issues raised by motion or brought into controversy by the defenses or motions, if any, shall be considered by the Court and any uncontested allegations in the petition shall be deemed admitted.  It is further

ORDERED that if Paul Vernon Ivey has no objections to compliance with the summons, he may, at least three (3) business days prior to the date of the show cause hearing, notify the Clerk of the Court, in writing, with copies served on the United States Attorney, of the fact that no response or appearance as ordered herein will be required.

Done this 20th day of September, 2006.

_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2006 SEP 11  P 4: 34

UNITED STATES OF AMERICA,            )
                                     )
              Petitioner,            )
                                     )
         v.                          )  Civil Action No. 2:06mc3335-F
                                     )
PAUL VERNON IVEY,                    )
                                     )
              Respondent.            )

**PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS**

The United States of America, on behalf of its agency, the Internal Revenue Service, by the undersigned Assistant United States Attorney, avers to this Court as follows:

1.   This is a proceeding brought pursuant to the provisions of sections 7402(b) and 7604(a) of the Internal Revenue Code of 1986, 26 U.S.C. §§ 7402(b) and 7604(a), to judicially enforce an Internal Revenue Service summons.

2.   D. A. Silva is a duly commissioned Revenue Officer employed in Small Business/Self-Employed Compliance Area 5, Internal Revenue Service and is authorized to issue an Internal Revenue Service summons pursuant to the authority contained in Section 7602 of Title 26 U.S.C., and Treasury Regulation Section 301.7602-1, 26 C.F.R. § 301.7602-1.

3.   The respondent, Paul Vernon Ivey, resides at 1902 Madison Ave., Montgomery, AL  36107-1946, within the jurisdiction of this Court.

4.    Revenue Officer D. A. Silva is conducting an investigation into the tax liability of Paul Vernon Ivey for the following periods: calendar quarters ending September 30, 1999; December 31, 1999; June 30, 2000; December 31, 2000; June 30, 2001; and, calendar years ending December 31, 1999; December 31, 2000; and December 31, 2001 as set forth in the Declaration of Revenue Officer D. A. Silva attached hereto as Exhibit 1.

5.    The respondent, Paul Vernon Ivey, is in possession and control of testimony concerning the above-described investigation.

6.    On May 5, 2006, an Internal Revenue Service summons was issued by Revenue Officer D. A. Silva directing the respondent, Paul Vernon Ivey, to appear before Revenue Officer D. A. Silva on May 19, 2006, at 8:00 a.m. to testify.  An attested copy of the summons was personally served on the respondent, Paul Vernon Ivey, by D. A. Silva, on May 5, 2006. The summons is attached hereto and incorporated herein as Exhibit 2.

7.    On May 19, 2006, the respondent, Paul Vernon Ivey, did not appear in response to the summons.  Respondent's refusal to comply with the summons continues to date as set forth in the Declaration of Revenue Officer D. A. Silva attached hereto as Exhibit 1.

- 2 -

8.    All administrative steps required by the Internal
Revenue Code for the issuance of a summons have been taken.

9.    It is necessary to obtain the testimony sought by the
summons in order to properly investigate the Federal tax
liability of Paul Vernon Ivey for the following periods:
calendar quarters ending September 30, 1999; December 31, 1999;
June 30, 2000; December 31, 2000; June 30, 2001; and, calendar
years ending December 31, 1999; December 31, 2000; and December
31, 2001, as is evidenced by the Declaration of D. A. Silva
attached hereto and incorporated herein as part of this
petition.

WHEREFORE, petitioner respectfully prays:

1.    That the Court issue an order directing the respondent,
Paul Vernon Ivey, to show cause, if any, why respondent should
not comply with and obey the aforementioned summons and each and
every requirement thereof.

2.    That the Court enter an order directing the respondent,
Paul Vernon Ivey, to obey the aforementioned summons and each
and every requirement thereof by ordering the attendance and
testimony as is required and called for by the terms of the
summons before Revenue Officer D. A. Silva or any other proper
officer or employee of the Internal Revenue Service at such time
and place as may be fixed by Revenue Officer D. A. Silva, or any

- 3 -

other proper officer or employee of the Internal Revenue

Service.

      3.  That the United States recover its costs in maintaining

this action.

      4.  That the Court grant such other and further relief as

is just and proper.

                                LEURA G. CANARY
                                United States Attorney

By:   PATRICIA ALLEN CONOVER (ASB2214-R64P)
          Assistant United States Attorney
          Middle District of Alabama
          One Court Square
          Suite 201
          Montgomery, Alabama   36104

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 2:06 mc 3335 -F |
| | ) |
| PAUL VERNON IVEY, | ) |
| | ) |
| Respondent. | ) |

**DECLARATION**

D. A. Silva declares:

    1.    I am a duly commissioned Revenue Officer employed in Small Business/Self-Employed Compliance Area 5, Internal Revenue Service.

    2.    In my capacity as a Revenue Officer, I am conducting an investigation into the tax liability of Paul Vernon Ivey for the following periods: calendar quarters ending September 30, 1999; December 31, 1999; June 30, 2000; December 31, 2000; June 30, 2001; and, calendar years ending December 31, 1999; December 31, 2000; and December 31, 2001.

    3.    In furtherance of the above investigation and in accordance with section 7602 of Title 26, U.S.C., I issued on May 5, 2006, an Internal Revenue Service summons to Paul Vernon Ivey, to give testimony and to produce for examination books,

Exhibit 1

papers, records, or other data as described in said summons.
The summons is attached to the petition as Exhibit 2.

4.    In accordance with section 7603 of Title 26, U.S.C.,
on May 5, 2006, I served an attested copy of the Internal
Revenue Service summons described in paragraph 3 above on the
respondent, Paul Vernon Ivey, by personal delivery as evidenced
in the certificate of service on the reverse side of the
summons.

5.    On May 19, 2006, the respondent, Paul Vernon Ivey, did
not appear in response to the summons.

6.    The books, papers, records, or other data sought by
the summons are not already in the possession of the Internal
Revenue Service.

7.    All administrative steps required by the Internal
Revenue Code for issuance of a summons have been taken.

8.    It is necessary to obtain the testimony and to examine
the books, papers, records or other data sought by the summons
in order to properly investigate the Federal tax liability of
Paul Vernon Ivey for the following periods: calendar quarters
ending September 30, 1999; December 31, 1999; June 30, 2000;
December 31, 2000; June 30, 2001; and, calendar years ending
December 31, 1999; December 31, 2000; and December 31, 2001.

-2-

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___/st___ day of ___August___ , 2006.

D. A. Silva
Revenue Officer

-3-

# Summons

In the matter of   **Paul Vernon Ivey - LANDEX, 1902 Madison Avenue, Montgomery, Alabama 36107-1946-1946**

Internal Revenue Service (Division): **Small Business/Self Employed**

Industry/Area (name or number): **Small Business/Self Employed - Non SBSE Field Area**

Periods **See attachment for Period information**

## The Commissioner of Internal Revenue

To   **Paul Vernon Ivey, 1902 Madison Avenue, Montgomery, Alabama 36107-1946**

At   **1902 Madison Avenue, Montgomery, Alabama 36107-1946-1946**

You are hereby summoned and required to appear before D. A. Silva, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

All documents in your possession and control reflecting the assets and liabilities of the above named taxpayer(s) including, but not limited to, the following: all bank statements, checkbooks, canceled checks, savings account passbooks, and records of certificates of deposit, for the period January 1st 2006  to March 31st, 2006, regarding accounts or assets held in the name of the taxpayer(s) or held for the benefit of the taxpayer(s); all records or documents regarding stocks and bonds, deeds or contracts regarding real property, current registration certificates for motor vehicles, and life or health insurance policies currently in force, any of which items are owned, wholly or partially, by the taxpayer(s), or in which the taxpayer(s) have a security interest, or held for the benefit of either or both of the taxpayer(s), so that a current Collection Information Statement may be prepared.  A blank copy of such Collection Information Statement is attached hereto to guide you in the production of the necessary documents and records.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**

1285 Carmichael Way, Montgomery, Alabama 36106   334-290-4012

**Place and time for appearance at:**   1902 Madison Avenue, Montgomery, Alabama 36107-1946-1946

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 2039(Rev. 12-2001)
Catalog Number 21405J

on the  19th  day of  May , 2006  at  08:00  o'clock  A  m.

Issued under authority of the Internal Revenue Code this  5th day of  May , 2006

_____ Signature of Issuing Officer

Revenue Officer
Title

Signature of Approving Officer *(if applicable)*

Title

Exhibit 2

**Original --** to be kept by IRS

**Attachment to Summons Form 2039**

In the matter of  **Paul Vernon Ivey - LANDEX** _____

Period information:  Calendar Quarters Ending: September 30th, 1999; December 31st, 1999; June 30th, 2000; December 31st, 2000; June 30th, 2001; AND Calendar Years Ending: December 31st, 1999; December 31st, 2000; and December 31st, 2001.-----END



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|------|------|
| 5/5/2006 | 3:00 PM |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☑ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _NONE_

3. ☑ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: _____

| Signature | Title |
|-----------|-------|
|           | Revenue Officer |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine

whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: _____    Time: _____

Name of Noticee: _____

Address of Noticee (if mailed): _____

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summonsed.

☐ No notice is required.

| Signature | Title |
|-----------|-------|
|           |       |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|-----------|-------|
|           |       |

Form **2039** (Rev. 12-2001)