# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA NORTHERN, DIVISION

| | | |
|---|---|---|
| HON. CHARLES S. COODY, MAG. JUDGE | AT | MONTGOMERY, ALABAMA |
| DATE COMMENCED: 10/24/06 | AT | 10:01 a.m. to 10:02 a.m. |
| DATE COMPLETED: 10/24/06 | AT | FTR RECORDING |

UNITED STATES OF AMERICA

   Plaintiff

vs..

PAUL V. IVEY

   Defendant

CASE NO. 2:06-MC-3335-MEF-CSC

---

**PLAINTIFF**                    APPEARANCES:                    **DEFENDANT**

Atty. Patricia Conover                                           Atty. George Beck

---

COURT OFFICIALS PRESENT:

COURTROOM DEPUTY: WANDA STINSON              LAW CLERK: CORRIE LONG

---

( X ) OTHER PROCEEDINGS:     ***SHOW CAUSE HEARING***

# SEE MINUTES ATTACHED

| **LOG OF PROCEEDINGS ELECTRONICALLY RECORDED** |||
|---|---|---|
| **Description** | Show Cause hearing - 2:06MC3335-MEF-CSC ||
| **Date** | 10/24/2006  **Location** | Courtroom 4B |
| **Time** | **Speaker** | **Note** |
| 10:01:02 AM | Court | Court convenes; parties present as noted; |
| 10:01:10 AM | Atty. Beck | Filed an appearance late yesterday; Would like to move to continue this hearing subject to his production of records and himself to the IRS agent to answer any questions. Would request 30 days to work this out; |
| 10:01:26 AM | Atty. Conover | Addresses the court; The service needs his testimony and the documents; Govt is willing to allow him to assist his client in getting the information; We set appt for next Tuesday at the IRS office; would not oppose the 30 days; |
| 10:01:51 AM | Court | Will extend time for filing response to show cause motion to thirty days; |
| 10:02:14 AM | Court | Court is recessed. |

10/24/06 11:15:10

1/1