IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | MISC. 2:06mc3335-MEF-CSC |
| ) | |
| PAUL VERNON IVEY  ) | |
| ) | |
| Defendant.  ) | |

**ORDER ON MOTION**

On September 11, 2006, the United States of America, filed a petition to enforce an Internal Revenue Service summons served on defendant Paul Vernon Ivey. On September 20, 2006, the court ordered the defendant to file a response to the United States' petition and to personally appear before the court on October 24, 2006. On October 24, 2006, the defendant personally appeared with counsel and requested an additional thirty (30) days to respond to the petition. The United States does not object to the request for additional time.

For good cause, it is

ORDERED that the defendant's oral motion for an extension of time be and is hereby GRANTED. The defendant shall file a response to the United States' petition on or before November 24, 2006.

Done this 26th day of October 2006.

                                        /s/Charles S. Coody
                                        CHARLES S. COODY
                                        CHIEF UNITED STATES MAGISTRATE JUDGE