IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 2:06mc3335-MEF |
| ) | |
| PAUL VERNON IVEY, ) | |
| ) | |
| Respondent. ) | |

### NOTICE OF APPEARANCE

Comes now the undersigned Richard H. Allen of the law firm Capell & Howard, P.C., and hereby enters his appearance on behalf of Respondent Paul Vernon Ivey.

Respectfully submitted,

/s/ Richard H. Allen
Richard H. Allen
ASB-3320-L72R

OF COUNSEL:

CAPELL & HOWARD, P.C.
Post Office Box 2069 (36102-2069)
150 South Perry Street
Montgomery, AL 36104
Telephone: 334-241-8000
Facsimile: 334-323-8888

## CERTIFICATE OF SERVICE

  I hereby certify that on November 1, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Patricia Allen Conover
U.S. Attorneys Office
P. O. Box 197
Montgomery, AL 36101-0197

            /s/ Richard H. Allen