IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA       ) | |
|        Petitioner,        ) | |
|        ) | |
| V.                                                  ) | Civil Action No. 2:06mc3335-MEF-CSC |
|        ) | |
| PAUL VERNON IVEY,                ) | |
|        Respondent.    ) | |

**JOINT MOTION TO CONTINUE SHOW CAUSE ORDER**

Comes now, the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and Paul Vernon Ivey, by and through his attorney of record, Richard H. Allen, and move this Honorable Court to continue the Court's October 24, 2006, Cause Order. As grounds for this motion , the parties state as follows:

    1.    Respondent, Paul Vernon Ivey, provided responsive materials to the Internal Revenue Service on October 24th and November 13th.

    2.    On November 14th, 2006, Mr. Ivey provided testimony sought in the Summons to Revenue Officer D.A. Silva. At the conclusion of Mr. Ivey's interview, the parties agreed that Mr. Ivey would provide additional documentation. Mr. Ivey is in the process of securing this additional documentation.

    3.    In the interests of judicial economy the parties request the Court continue the hearing scheduled for 30 days after the prior October 24, 2006, hearing for an additional 30 days to afford the Respondent, Paul Vernon Ivey, sufficient time to provide the additional documentation sought by the Internal Revenue Service.

Respectfully submitted this 20th day of November, 2006.

| | |
|---|---|
| PAUL VERNON IVEY<br>Respondent | LEURA G. CANARY<br>United States Attorney |
| /S/ Richard H. Allen<br>RICHARD H. ALLEN<br>Attorney for Paul Vernon Ivey | /s/ Patricia Allen Conover<br>PATRICIA ALLEN CONOVER<br>Assistant United States Attorney |

SO ORDERED:

_____
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE