IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Petitioner, ) | |
| ) | |
| V. ) | Civil Action No. 2:06mc3335-MEF-CSC |
| ) | |
| PAUL VERNON IVEY, ) | |
| Respondent. ) | |

ORDER

Now pending before the court is the November 20, 2006, joint motion to continue hearing (doc. # 11) filed by the plaintiff. Upon consideration of the motion and for the following reasons, it is

ORDERED that the motion be and is hereby GRANTED. It is further

ORDERED that on or before December 20, 2006, the United States shall notify the court whether the respondent has complied or whether a hearing is necessary.

Done this 20th day of November, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE