IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>        Petitioner, )<br> )<br>V. )<br> )<br>PAUL VERNON IVEY, )<br>        Respondent. ) | Civil Action No. 2:06mc3335-MEF-CSC |

## JOINT MOTION TO CONTINUE SHOW CAUSE ORDER

Comes now, the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and Paul Vernon Ivey, by and through his attorney of record, Richard H. Allen, and move this Honorable Court to continue the Court's October 24, 2006, Cause Order, which was previously continued by Order dated November 20, 2006. As grounds for this motion, the parties state as follows:

1.    Respondent, Paul Vernon Ivey, provided responsive materials to the Internal Revenue Service on October 24th and November 13th.

2.    On November 14th, 2006, Respondent provided testimony sought in the Summons to Revenue Officer D. A. Silva. At the conclusion of Respondent's interview, the parties agreed that Respondent would provide additional documentation. Respondent provided this additional documentation to Agent Silva on December 15, 2006.

3.    Respondent believes he has fully complied with the Summons. However, Agent Silva has indicated that he believes further documentation is still needed from Respondent. Unfortunately, due to certain unexpected family matters, Agent Silva has not been able to provide a specific list of documents

he believes Respondent is still obligated to produce.

4.   By Order dated November 20, 2006, the Court ordered the Petitioner to report to the Court "whether the respondent has complied or whether a hearing is necessary." Although a dispute may exist as to whether Respondent has fully complied with the Summons, the parties anticipate that any such dispute can be resolved without the need for a hearing after Agent Silva returns. Thus, in the interests of judicial economy the parties request the Court continue this matter for an additional 30 days. The parties will report to the Court the status of this matter on or before January 19th, 2007.

Respectfully submitted this 20th day of December, 2006.

PAUL VERNON IVEY
Respondent

LEURA G. CANARY
United States Attorney


   /s/ Richard H. Allen
RICHARD H. ALLEN
Attorney for Paul Vernon Ivey

   /s/  Patricia Allen Conover
PATRICIA ALLEN CONOVER
Assistant United States Attorney

SO ORDERED:


CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE