IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | MISC. 2:06mc3335-MEF-CSC |
| ) | (WO) |
| PAUL VERNON IVEY ) | |
| ) | |
| Defendant. ) | |

**ORDER ON MOTION**

On September 11, 2006, the United States of America, filed a petition to enforce an Internal Revenue Service summons served on defendant Paul Vernon Ivey. On September 20, 2006, the court ordered the defendant to file a response to the United States' petition and to personally appear before the court on October 24, 2006. On October 24, 2006, the defendant personally appeared with counsel and requested an additional thirty (30) days to respond to the petition. The United States did not object to the request for additional time. On November 20, 2006, the court granted the motion and required the United States to inform the court on or before December 20, 2006, whether further action by the court was necessary. (Doc. # 12).

On December 20, 2006, the parties filed a joint motion to continue (doc. # 13) requesting an additional thirty days to comply with the I.R.S.'s summons. Accordingly, upon consideration of the motion, and for good cause, it is

ORDERED that the motion to continue (doc. # 13) be and is hereby GRANTED. It

is further

ORDERED that on or before January 22, 2006, the United States shall notify the court whether the respondent has complied with the I.R.S. summons or whether a hearing is necessary.

Done this 22nd day of December, 2006.

        /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE