IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|     Petitioner, | ) | |
| | ) | |
| V. | ) | Civil Action No. 2:06mc3335-MEF-CSC |
| | ) | |
| PAUL VERNON IVEY, | ) | |
|     Respondent. | ) | |

## JOINT MOTION TO CONTINUE SHOW CAUSE ORDER

Comes now, the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and Paul Vernon Ivey, by and through his attorney of record, Richard H. Allen, and move this Honorable Court to continue the Court's October 24, 2006, Show Cause Order, which was previously continued by Orders dated November 20, 2006 and December 22, 2006. As grounds for this motion, the parties state as follows:

1.  The parties jointly requested a continuance of this matter on December 19, 2006, so that the Internal Revenue Service could review the material provided by Respondent, Paul Vernon Ivey, and thereafter provide Respondent with a list of what, if any, documentation the Service believed was still owed pursuant to the Summons. The Court granted that motion for continuance in December 22, 2006. (Doc. 14)

2.  The Service was unable to produce this list until Wednesday, January 17, 2007. Respondent will respond to the Service's latest request and intends to produce all documentation which he believes is responsive to the Summons, but will be unable to do so by the current deadline of January 22, 2007.

3. On January 17, 2007, the Service produced all but one of the relevant tax returns of which Respondent had requested. As a result, Respondent expects to make at least a partial payment of the claimed tax liability in the next ten (10) days.

4. Because the parties are continuing to work together to resolve the document production issue, and have made progress toward the payment of at least some of the claimed tax liability, the parties believe that it is in their best interest and in the interests of judicial economy that the Court not set a hearing at this time and continue this matter for an additional 60 days. The parties will report to the Court the status of this matter on or before March 20, 2007.

Respectfully submitted this 19th day of January, 2007.

| | |
|---|---|
| PAUL VERNON IVEY<br>Respondent | LEURA G. CANARY<br>United States Attorney |
| /s/ Richard H. Allen<br>RICHARD H. ALLEN<br>Attorney for Paul Vernon Ivey | /s/ Patricia Allen Conover<br>PATRICIA ALLEN CONOVER<br>Assistant United States Attorney |