IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | MISC. 2:06mc3335-MEF-CSC |
| ) | (WO) |
| PAUL VERNON IVEY ) | |
| ) | |
| Defendant. ) | |

**ORDER ON MOTION**

On September 11, 2006, the United States of America, filed a petition to enforce an Internal Revenue Service summons served on defendant Paul Vernon Ivey. On September 20, 2006, the court ordered the defendant to file a response to the United States' petition and to personally appear before the court on October 24, 2006. On October 24, 2006, the defendant personally appeared with counsel and requested an additional thirty (30) days to respond to the petition. The United States did not object to the request for additional time. On November 20, 2006, the court granted the motion and required the United States to inform the court on or before December 20, 2006, whether further action by the court was necessary. (Doc. # 12).

On December 20, 2006, the parties filed a joint motion to continue (doc. # 13) requesting an additional thirty days to comply with the I.R.S.'s summons. The court granted the motion and required the United States to inform the court, on or before January 22, 2006, whether the respondent has complied with the I.R.S. summons or whether a hearing is

necessary.

On January 19, 2007, the parties jointly requested an additional sixty days to resolve this matter. (Doc. # 15). Accordingly, upon consideration of the motion, and for good cause, it is

ORDERED that the motion to continue (doc. # 15) be and is hereby GRANTED. It is further

ORDERED that on or before March 20, 2007, the United States shall notify the court whether this matter has been resolved or whether a hearing is necessary.

The parties are advised that, absent extraordinary circumstances, no further continuances or extensions of time will be granted.

Done this 19th day of January 2007.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE