IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Petitioner, )<br>)<br>V. )<br>)<br>PAUL VERNON IVEY, )<br>)<br>Respondent. ) | Civil Action No. 2:06mc3335-MEF-CSC |

## MOTION TO DISCHARGE SHOW CAUSE ORDER

Comes now, the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves this Honorable Court to discharge its Show Cause Order in Civil Action No. 2:06-mc-3335 on the grounds that the Respondent, Paul Vernon Ivey, has substantially complied with the Summons issued by the Internal Revenue Service.

Respectfully submitted this 13th day of March, 2007.

LEURA G. CANARY
United States Attorney

P.O. Box 197
Montgomery, AL 36101-0197
Telephone:  (334) 223-7280
Facsimile:    (334) 223-7201

 /s/   Patricia Allen Conover
PATRICIA ALLEN CONOVER
Assistant United States Attorney
ASB-22-14-R64P
Patricia.Conover@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| V. ) | Civil Action No. 2:06mc3335-MEF-CSC |
| ) | |
| **PAUL VERNON IVEY**, ) | |
| ) | |
| Respondent. ) | |

### ORDER DISCHARGING SHOW CAUSE ORDER

Upon the Motion of the United States requesting that the Court discharge its Order to Show Cause in Civil Action No. 02:06-mc-3335 on the ground that the Respondent, Paul Vernon Ivey, has substantially complied with the Summons issued by the Internal Revenue Service, it is hereby

ORDERED that the Order to Show Cause issued by the Court shall be and is hereby DISCHARGED without prejudice.  It is further

ORDERED that the hearing scheduled for _____ is hereby CANCELLED.

Entered this _____ day of March, 2007.


_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| V. ) | Civil Action No. 2:06mc3335-MEF-CSC |
| ) | |
| PAUL VERNON IVEY, ) | |
| ) | |
| Respondent. ) | |

CERTIFICATE OF SERVICE
OF
MOTION TO DISCHARGE SHOW CAUSE ORDER

I hereby certify that I have served a copy of the foregoing Motion to Discharge Show Cause Order upon Richard H. Allen, George L. Beck, Jr. and Terrie Scott Biggs, attorneys for the Respondent, by mailing a copy of same, first class, postage prepaid, addressed to the following, this the 13th day of March 2007, and also by electronic service.

| Richard H. Allen | George L. Beck, Jr. | Terrie Scott Biggs |
|---|---|---|
| Capell & Howard, P.C. | Capell & Howard, P.C. | Capell & Howard, P.C. |
| P.O. Box 2069 | P.O. Box 2069 | P.O. Box 2069 |
| Montgomery, AL 36102 | Montgomery, AL 36102 | Montgomery, AL 36102 |

Respectfully submitted this 13th day of March, 2007.

LEURA G. CANARY
United States Attorney

P.O. Box 197
Montgomery, AL 36101-0197
Telephone:  (334) 223-7280
Facsimile:   (334) 223-7201

 /s/   Patricia Allen Conover
PATRICIA ALLEN CONOVER
Assistant United States Attorney
ASB-22-14-R64P
Patricia.Conover@usdoj.gov