IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| V. ) | Civil Action No. 2:06mc3335-MEF-CSC |
| ) | |
| PAUL VERNON IVEY, ) | |
| ) | |
| Respondent. ) | |

**ORDER DISCHARGING SHOW CAUSE ORDER**

Upon the Motion of the United States requesting that the Court discharge its Order to Show Cause in Civil Action No. 02:06-mc-3335 on the ground that the Respondent, Paul Vernon Ivey, has substantially complied with the Summons issued by the Internal Revenue Service, it is hereby

ORDERED that the Order to Show Cause issued by the Court shall be and is hereby DISCHARGED without prejudice.  It is further

ORDERED that all pending hearings are hereby CANCELLED and all pending deadlines are terminated.

Done this 14th day of March, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE